# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMEKA EUGENE MOORE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>R. ROMERO,<br><br>　　　　　Defendant. | 1:17-cv-01293-BAM (PC)<br><br>ORDER TO SUBMIT A **NON-PRISONER** APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** PAY THE $400.00 FILING FEE WITHIN THIRTY DAYS<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF REGULAR CIVIL IN FORMA PAUPERIS APPLICATION<br><br>**THIRTY (30) DAY DEADLINE** |

　　　　Plaintiff Demeka Eugene Moore ("Plaintiff") is a former state prisoner in this civil rights action pursuant to 42 U.S.C. § 1983. On September 28, 2017, Plaintiff initiated this action and submitted a notice of change of address indicating he was no longer incarcerated. Plaintiff also filed an application to proceed in forma pauperis by a prisoner. Plaintiff has not paid the $400.00 filing fee in full.

　　　　Accordingly, it is HEREBY ORDERED that:

1. The Clerk's Office shall send to Plaintiff a **non-prisoner** in forma pauperis application;
2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall submit the completed and signed application to proceed in forma pauperis for a non-prisoner, or in the alternative, pay the $400.00 filing fee for this action; and

1

3. **Failure to comply with this order will result in dismissal of this action**.

IT IS SO ORDERED.

Dated: **October 2, 2017**        /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE