# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMEKA EUGENE MOORE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>R. ROMERO,<br><br>　　　　　Defendant. | Case No. 1:17-cv-01293-BAM (PC)<br><br>ORDER GRANTING NON-PRISONER APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS<br>(ECF No. 7)<br><br>ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AS A PRISONER AS MOOT<br>(ECF No. 2) |

Plaintiff Demeka Eugene Moore ("Plaintiff") is a former state prisoner appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On September 28, 2017, Plaintiff initiated this action and submitted a notice of change of address indicating he was no longer incarcerated. Plaintiff also filed an application to proceed in forma pauperis by a prisoner. (ECF Nos. 1–3.) Plaintiff has consented to magistrate judge jurisdiction. (ECF No. 6.)

On October 2, 2017, the Court issued an order directing Plaintiff to submit a non-prisoner application to proceed in forma pauperis or pay the $400.00 filing fee within thirty days. (ECF No. 5.) On October 30, 2017, Plaintiff submitted the instant non-prisoner application to proceed in forma pauperis. (ECF No. 7.)

Examination of Plaintiff's application reveals that Plaintiff is unable to afford the costs of this action. Accordingly, the motion to proceed in forma pauperis, (ECF No. 7) is GRANTED.

1

Plaintiff's prisoner application to proceed in forma pauperis, (ECF No. 2) is DENIED as moot.

IT IS SO ORDERED.

    Dated: **October 31, 2017**             /s/ *Barbara A. McAuliffe*
                                                       UNITED STATES MAGISTRATE JUDGE